**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Proppant Tech Services, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 6 – 3 6 7 2 5 9 7 |
| 4. | Debtor's address | **Principal place of business**<br><br>21480 Applewhite Rd<br>Number    Street<br><br>_____<br><br>San Antonio    TX    78264<br>City        State    ZIP Code<br><br>Bexar<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City        State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code |
| 5. | Debtor's website (URL) | |

Debtor **Proppant Tech Services, LLC**
Name

Case number (*if known*)_____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

1 4 4 2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   **Proppant Tech Services, LLC**   Case number (*if known*)_____
　　　　　Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　　　District _____ When _____ Case number _____
   　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
    　　　　　District _____ When _____
    　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　　Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　Number　　　Street
    　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　_____  _____
    　　　　　　　　　　　　　City　　　　　　　　　　　　State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

---

**Statistical and administrative information**

Debtor  **Proppant Tech Services, LLC**
_____
Name

Case number (if known)_____

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 11 / 2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Anirban Haldar
Printed name

Title  Member

---

| | | |
|---|---|---|
| Debtor | Proppant Tech Services, LLC<br>Name | Case number (if known)_____ |

**18. Signature of attorney**

✗ _Brandon Tittle_ (signature)
Signature of attorney for debtor

Date 06 / 11 / 2023
MM / DD / YYYY

Brandon J. Tittle
Printed name

Glast, Phillips & Murray, P.C.
Firm name

14801 Quorum Dr., Ste. 500
Number    Street

Dallas                                       Texas         75254
City                                          State         ZIP Code

972-419-7186                                  btittle@gpm-law.com
Contact phone                                 Email address

24090436                                      Texas
Bar number                                    State

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Proppant Tech Services, LLC

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Murray J. Moran<br>11138 Huebner Oaks #517, San Antonio, TX 78230 | 33.33 | Member |
| Anirban Haldar<br>P.O. Box 367, Somerset, TX 78069 | 33.33 | Member |
| Ignacio Martinez<br>c/o Drought, Drought & Bobbitt LLP<br>Attn: Sean Caporaletti<br>2632 Broadway, Suite 401-S<br>San Antonio, Texas 78215 | 33.33 | Nonvoting Member |



**WRITTEN CONSENT & RESOLUTIONS**
of the Majority of the
**MEMBERS**
of
**PROPPANT TECH SERVICES, LLC**
June 11, 2023

The undersigned, constituting a majority of the member interests (the "Members") of Proppant Tech Services, LLC (the "Company"), hereby consent in writing ("Consent") to and approve the Resolutions set forth herein and each and every action effected thereby.

This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, facsimile transmission shall be considered an original.

**VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11
OF TITLE 11 OF THE UNITED STATES CODE**

WHEREAS, the Members have considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its Assets, and the impact of the forgoing on the Company's business; and

WHEREAS, the Members upon the advice of professionals have determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a petition in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court") under the provisions of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in such form and at such time as the officers of the Company executing said petition shall determine (the "Bankruptcy Case").

NOW, THEREFORE, BE IT RESOLVED, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to file the Bankruptcy Case;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Glast, Phillips & Murray, P.C. ("GPM") as bankruptcy counsel for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of GPM. To the extent that the appropriate retention agreement has been executed and retainers paid, the Members hereby retroactively approves same;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the accounting firm of Lane Gorman Trubitt, LLC ("LGT") as financial advisor or chief restructuring officer for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of LGT. To the extent that the appropriate retention agreement has been executed and retainers paid, the Members hereby retroactively approves same;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with GPM and LGT, collectively the "Professionals") as may be deemed necessary or appropriate by the officer(s) of the Company for the Bankruptcy Case and, in connection therewith, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

RESOLVED FURTHER, that the Members are authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Member or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

RESOLVED FURTHER that the Members are authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

RESOLVED FURTHER that any and all actions of the Members taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

**GENERAL IMPLEMENTING AUTHORITY**

RESOLVED that the Members are authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct

business for and on behalf of the Company during the course of the Bankruptcy Case and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other Professionals and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

RESOLVED FURTHER that the Members are authorized, and empowered, for and in the name and on behalf of the Company to take or cause to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being a majority of the membership interests of the Company have executed their consent as of June 11, 2023.


_____
Murray Moran, Member
Proppant Tech Services, LLC



_____
Anirban Haldar, Member
Proppant Tech Services, LLC

# Proppant Tech Services, LLC

Balance Sheet

As of March 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|    Bank Accounts |  |
|     ANB Master X2377 | 26,599.01 |
|   **Total Bank Accounts** | **$26,599.01** |
|    Accounts Receivable |  |
|     Accounts Receivable (A/R) | 181,191.45 |
|   **Total Accounts Receivable** | **$181,191.45** |
|  **Total Current Assets** | **$207,790.46** |
|   Fixed Assets |  |
|    Dry Plant |  |
|     Dry Sand Building | 240,153.54 |
|     Fairbanks 90'x11 Talon HV Truck Scale | 110,315.41 |
|   **Total Dry Plant** | **350,468.95** |
|    IPE - Equipment Purchase |  |
|     2013 Caterpillar D6TXL Pat | 298,500.00 |
|     2014 Caterpillar Model 336EL Hex T4 Track | 129,500.00 |
|     2017 Caterpillar 745C Haul Truck (1517) | 295,000.00 |
|     2017 Caterpillar 745C Haul Truck (1683) | 295,000.00 |
|     2017 Caterpillar Wheel Loader 982M | 340,000.00 |
|     2018 Caterpillar Wheel Loader 980M | 440,000.00 |
|     2020 Aggretek FMW Model ASWS-4432 | 85,000.00 |
|     2020 Avery Weigh Tronix Model BMS-LP | 97,600.00 |
|     ABCO AS608 Conveyor 36x140 | 135,000.00 |
|     Caterpillar 769D Haul Truck | 69,000.00 |
|     Hitachi EH700 Haul Truck | 69,000.00 |
|     SR520 2 Deck Tracked Finishing Screen | 341,000.00 |
|     Truss Frame Radial Stacker Conveyor 30x60 | 46,500.00 |
|   **Total IPE - Equipment Purchase** | **2,641,100.00** |
|    Mixed Plant Equipment |  |
|     7 x 11' Hopper | 30,991.98 |
|     Certarus - Thunderbolt 4515 | 30,015.26 |
|     Production Scale & Printer | 10,252.90 |
|   **Total Mixed Plant Equipment** | **71,260.14** |
|    Startup & Construction Costs | 18,759.50 |
|     Construction Costs | 2,344,703.75 |
|     Start Up Costs | 32,318.05 |
|   **Total Startup & Construction Costs** | **2,395,781.30** |

| | TOTAL |
|---|---:|
| Wash Plant Equipment | |
|   Clarifier | 625,000.00 |
|   Control House w/ Platform | 80,000.00 |
|   Feed Conveyor (24' x226') | 145,000.00 |
|   Floating Pump Platform | 55,000.00 |
|   Main Wash Plant Module | 695,000.00 |
|   Tower 1 USP (Ultra Sand Plant) Primary Cyclones Module | 495,000.00 |
|   Tower 2 UFR (Ultra Fines Recovery System) Module | 495,000.00 |
|   Transfer Conveyor (36"x62" | 46,000.00 |
|   Various Items (Shibani Haldar) | 280,000.00 |
|   Water Truck | 40,000.00 |
| **Total Wash Plant Equipment** | **2,956,000.00** |
| **Total Fixed Assets** | **$8,414,610.39** |
| **TOTAL ASSETS** | **$8,622,400.85** |
| LIABILITIES AND EQUITY | |
|  Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|     Accounts Payable (A/P) | 1,196,389.43 |
| **Total Accounts Payable** | **$1,196,389.43** |
|    Credit Cards | |
|     American Express | 210,848.99 |
| **Total Credit Cards** | **$210,848.99** |
| **Total Current Liabilities** | **$1,407,238.42** |
|   Long-Term Liabilities | |
|    N/P IPE | 500,000.00 |
|    Notes Payable | |
|     ANB - IPE A/P Invoices xx3912 | 2,755,396.45 |
|     ANB - IPE Equipment xx3913 | 2,597,081.67 |
|     ANB - IPE Plains Capital Loan xx3914 | 1,407,514.44 |
|     N/P - PNC Equipment (2022 Fairbanks Talon) | 102,787.39 |
| **Total Notes Payable** | **6,862,779.95** |
| **Total Long-Term Liabilities** | **$7,362,779.95** |
| **Total Liabilities** | **$8,770,018.37** |
|  Equity | |
|   Partners Equity | |
|    Anirban Halder | 709,165.00 |
|     Guaranteed Payments | -20,000.00 |
| **Total Anirban Halder** | **689,165.00** |
|    Ignacio Martinez | 709,165.00 |
|     Guaranteed Payments | -20,000.00 |
| **Total Ignacio Martinez** | **689,165.00** |
|    Murray Moran | 709,165.00 |
|     Guaranteed Payments | -20,000.00 |
| **Total Murray Moran** | **689,165.00** |
| **Total Partners Equity** | **2,067,495.00** |

|  | TOTAL |
|---|---:|
| Retained Earnings | -1,660,297.88 |
| Net Income | -554,814.64 |
| **Total Equity** | **$ -147,617.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$8,622,400.85** |

# Proppant Tech Services, LLC

## Profit and Loss by Month
### January - March, 2023

|  | JAN 2023 | FEB 2023 | MAR 2023 | TOTAL |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| Sales of Product Income | 1,007,231.31 | 322,950.52 | 279,175.50 | $1,609,357.33 |
| **Total Income** | **$1,007,231.31** | **$322,950.52** | **$279,175.50** | **$1,609,357.33** |
| **Cost of Goods Sold** | | | | |
| Cost of Goods Sold | 0.00 | 0.00 | 0.00 | $0.00 |
| COGS - Royalty Fee | 178,429.18 | | 33,589.05 | $212,018.23 |
| **Total Cost of Goods Sold** | **178,429.18** | **0.00** | **33,589.05** | **$212,018.23** |
| **Total Cost of Goods Sold** | **$178,429.18** | **$0.00** | **$33,589.05** | **$212,018.23** |
| **GROSS PROFIT** | **$828,802.13** | **$322,950.52** | **$245,586.45** | **$1,397,339.10** |
| **Expenses** | | | | |
| Advertising & Marketing | | 402.93 | | $402.93 |
| Bank Charges & Fees | 17,603.44 | 1,002.84 | 769.65 | $19,375.93 |
| Car & Truck | 360.00 | | | $360.00 |
| Maintenance | 140.00 | | 1,090.09 | $1,230.09 |
| **Total Car & Truck** | **500.00** | | **1,090.09** | **$1,590.09** |
| Contract Labor | 4,620.66 | 19,405.00 | 18,366.25 | $42,391.91 |
| Diesel | 98,284.24 | 51,717.79 | 32,517.85 | $182,519.88 |
| Oils & Lubricants | 6,310.63 | | 3,581.37 | $9,892.00 |
| **Total Diesel** | **104,594.87** | **51,717.79** | **36,099.22** | **$192,411.88** |
| Dues & Subscriptions | 443.45 | 746.95 | 473.45 | $1,663.85 |
| Equipment Purchases | | | 21,108.75 | $21,108.75 |
| Equipment rental | 188,562.86 | 250,817.34 | 160,608.48 | $599,988.68 |
| Finance and Accounting | 3,000.00 | 3,000.00 | 3,065.79 | $9,065.79 |
| Fines/Penalties | | 75.00 | | $75.00 |
| Freight Expense | 6,450.24 | 4,520.63 | | $10,970.87 |
| Insurance | | | 203.27 | $203.27 |
| Equipment Policy | | 20,718.60 | 9,627.39 | $30,345.99 |
| General & Excess Policy | 5,283.93 | 5,784.83 | 10,780.81 | $21,849.57 |
| **Total Insurance** | **5,283.93** | **26,503.43** | **20,611.47** | **$52,398.83** |
| Legal & Professional Services | | | | $0.00 |
| Consulting Fees | 2,060.04 | | 1,510.00 | $3,570.04 |
| IT Services | 162.27 | 243.40 | 243.40 | $649.07 |
| Legal | 4,124.25 | 2,372.50 | | $6,496.75 |
| **Total Legal & Professional Services** | **6,346.56** | **2,615.90** | **1,753.40** | **$10,715.86** |
| Meals | 2,176.02 | 642.77 | 2,448.07 | $5,266.86 |
| Office Supplies | 364.50 | 482.58 | 152.33 | $999.41 |
| Permits | 1,750.00 | 200.00 | 450.00 | $2,400.00 |
| Rent & Lease | 2,575.26 | 2,575.25 | 2,664.76 | $7,815.27 |
| Repair & Maint - Equipt Service | 7,371.77 | 24,612.69 | 28,974.40 | $60,958.86 |

| | JAN 2023 | FEB 2023 | MAR 2023 | TOTAL |
|---|---:|---:|---:|---:|
| Repairs & Maintenance | | | | $0.00 |
|   Belt Expense | 7,885.14 | | | $7,885.14 |
|   Equipment Consumables | 5,387.23 | 10,154.62 | 23,470.48 | $39,012.33 |
|   Tire Expense | 1,426.03 | 300.00 | 44.00 | $1,770.03 |
|   Welding Expense | 1,845.21 | 557.27 | 1,720.44 | $4,122.92 |
| **Total Repairs & Maintenance** | **16,543.61** | **11,011.89** | **25,234.92** | **$52,790.42** |
| Salaries & Wages | | | | $0.00 |
|   Admin | 7,516.17 | 6,647.56 | 7,100.60 | $21,264.33 |
|   Dry | 104,777.88 | 95,371.60 | 103,658.89 | $303,808.37 |
|   Mechanic | 5,314.99 | 470.88 | 13,938.14 | $19,724.01 |
|   Mining | 44,144.05 | 33,458.03 | 30,530.69 | $108,132.77 |
|   Payroll Fees | 558.97 | 548.40 | 616.48 | $1,723.85 |
|   Scale | 6,855.95 | 5,928.23 | 5,504.17 | $18,288.35 |
|   Wet | 66,616.47 | 61,880.19 | 77,903.30 | $206,399.96 |
| **Total Salaries & Wages** | **235,784.48** | **204,304.89** | **239,252.27** | **$679,341.64** |
| Services - Field Work | | 24,312.00 | | $24,312.00 |
|   Electrical | 3,560.54 | | 4,518.23 | $8,078.77 |
|   Scale work | | | 3,328.70 | $3,328.70 |
| **Total Services - Field Work** | **3,560.54** | **24,312.00** | **7,846.93** | **$35,719.47** |
| Supplies | 11,329.02 | 11,659.39 | 4,822.22 | $27,810.63 |
|   Base | 3,935.48 | | 1,592.86 | $5,528.34 |
|   Nuts & Bolts | 4,210.40 | 1,603.23 | 587.88 | $6,401.51 |
|   Safety Supplies | 113.64 | 482.92 | 973.92 | $1,570.48 |
|   Small Tools | | | 409.57 | $409.57 |
|   Steel | 2,175.00 | | 4,417.25 | $6,592.25 |
| **Total Supplies** | **21,763.54** | **13,745.54** | **12,803.70** | **$48,312.78** |
| Travel Expense | 2,229.83 | | 1,029.66 | $3,259.49 |
|   Gas | 1,044.87 | 500.00 | 2,047.77 | $3,592.64 |
| **Total Travel Expense** | **3,274.70** | **500.00** | **3,077.43** | **$6,852.13** |
| Utilities | | | | $0.00 |
|   Electricity | 516.87 | 282.24 | 194.97 | $994.08 |
|   Internet | 236.46 | 236.54 | 236.40 | $709.40 |
|   Phone | 64.19 | 64.19 | 64.19 | $192.57 |
|   Waste | 535.80 | 274.60 | 93.20 | $903.60 |
|   Water | 75.00 | 75.00 | 75.00 | $225.00 |
| **Total Utilities** | **1,428.32** | **932.57** | **663.76** | **$3,024.65** |
| **Total Expenses** | **$633,998.75** | **$644,127.99** | **$587,515.12** | **$1,865,641.86** |
| **NET OPERATING INCOME** | **$194,803.38** | **$ -321,177.47** | **$ -341,928.67** | **$ -468,302.76** |
| Other Income | | | | |
|   Interest Earned | | 0.38 | | $0.38 |
| **Total Other Income** | **$0.00** | **$0.38** | **$0.00** | **$0.38** |
| Other Expenses | | | | |
|   Interest Paid | 5,118.45 | | 81,393.81 | $86,512.26 |
| **Total Other Expenses** | **$5,118.45** | **$0.00** | **$81,393.81** | **$86,512.26** |
| **NET OTHER INCOME** | **$ -5,118.45** | **$0.38** | **$ -81,393.81** | **$ -86,511.88** |
| **NET INCOME** | **$189,684.93** | **$ -321,177.09** | **$ -423,322.48** | **$ -554,814.64** |

# Proppant Tech Services, LLC

## Statement of Cash Flows
January - March, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -554,987.64 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | -204,905.08 |
| Inventory - Sand | 0.00 |
| Accounts Payable (A/P) | -1,936,161.25 |
| American Express | -2,329.58 |
| Unearned Revenue (Prepayments):Arepet | -7,863.90 |
| Unearned Revenue (Prepayments):South Texas Frac | 0.00 |
| Unearned Revenue (Prepayments):Superior Silica Sands, LLC | -227,293.92 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-2,378,553.73** |
| **Net cash provided by operating activities** | **$ -2,933,541.37** |
| **INVESTING ACTIVITIES** | |
| Dry Plant:Dry Sand Building | -183,897.14 |
| IPE - Equipment Purchase:2013 Caterpillar D6TXL Pat | -298,500.00 |
| IPE - Equipment Purchase:2014 Caterpillar Model 336EL Hex T4 Track | -129,500.00 |
| IPE - Equipment Purchase:2017 Caterpillar 745C Haul Truck (1517) | -295,000.00 |
| IPE - Equipment Purchase:2017 Caterpillar 745C Haul Truck (1683) | -295,000.00 |
| IPE - Equipment Purchase:2017 Caterpillar Wheel Loader 982M | -340,000.00 |
| IPE - Equipment Purchase:2018 Caterpillar Wheel Loader 980M | -440,000.00 |
| IPE - Equipment Purchase:2020 Aggretek FMW Model ASWS-4432 | -85,000.00 |
| IPE - Equipment Purchase:2020 Avery Weigh Tronix Model BMS-LP | -97,600.00 |
| IPE - Equipment Purchase:ABCO AS608 Conveyor 36x140 | -135,000.00 |
| IPE - Equipment Purchase:Caterpillar 769D Haul Truck | -69,000.00 |
| IPE - Equipment Purchase:Hitachi EH700 Haul Truck | -69,000.00 |
| IPE - Equipment Purchase:SR520 2 Deck Tracked Finishing Screen | -341,000.00 |
| IPE - Equipment Purchase:Truss Frame Radial Stacker Conveyor 30x60 | -46,500.00 |
| Startup & Construction Costs | -18,759.50 |
| Startup & Construction Costs:Construction Costs | -12,000.00 |
| **Net cash provided by investing activities** | **$ -2,855,756.64** |
| **FINANCING ACTIVITIES** | |
| N/P - IPE | 500,000.00 |
| Notes Payable:ANB - IPE A/P Invoices xx3912 | 2,755,396.45 |
| Notes Payable:ANB - IPE Equipment xx3913 | 2,597,081.67 |
| Notes Payable:ANB - IPE Plains Capital Loan xx3914 | 1,407,514.44 |
| Notes Payable:N/P - IPE Bank 9804 (deleted) | -1,426,941.64 |
| Notes Payable:N/P - PNC Equipment (2022 Fairbanks Talon) | -6,007.00 |
| Partners Equity:Anirban Halder:Guaranteed Payments | -20,000.00 |
| Partners Equity:Ignacio Martinez:Guaranteed Payments | -20,000.00 |
| Partners Equity:Murray Moran:Guaranteed Payments | -20,000.00 |
| **Net cash provided by financing activities** | **$5,767,043.92** |
| **NET CASH INCREASE FOR PERIOD** | **$ -22,254.09** |
| Cash at beginning of period | 48,853.10 |

|  | TOTAL |
|---|---|
| CASH AT END OF PERIOD | **$26,599.01** |